UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

   -vs-

EUGENE MATTHEWS,

    Respondent.
_____/

MISC. NO. 08-mc-50754

HON. ROBERT H. CLELAND

## ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS AND MOTION FOR CONTEMPT

Petitioner having advised the Court that it wishes to dismiss without prejudice the Petition to Enforce IRS Summons and its Motion to Hold Respondent in Contempt filed against respondent, Eugene Matthews;

IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons and Motion to Hold Respondent in Contempt brought against respondent, Eugene Matthews, by the petitioner is hereby dismissed without prejudice.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: February 5, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on

this date, February 5, 2009, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522